| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pechman, Marsha J | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>700 Stewart Street, Room 14229<br>Seattle, WA 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Kingman, Peabody, Pierson and Fitzharris ( ███ law firm, Jan - Oct 2007)) |
| 2. | 2007 | Preg O'Donnel & Gillett ███ law firm, Nov - Dec 2007) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Visa | Credit card | J |
| 2. ████ high school tuition | Periodic payment contract w/ Lakeside High School | K |
| 3. ████ college tuition | Period payment contract w/ Middlebury College | K |
| 4. ████ college tuition | Periodic payment contract w/ Connecticutt College | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alliance-Bernstein Global Tech Cl B | | None | J | T | | | | | |
| 2. American Express Global Notes | A | Interest | | | Redemption | 11/20 | K | A | |
| 3. Amgen, Inc. | | None | | | Sell | 2/20 | J | A | |
| 4. Bank Dep Sweep Opt | B | Interest | L | T | | | | | |
| 5. Bristol Myers Squibb | A | Dividend | | | Sell | 1/29 | J | A | |
| 6. Capital World Growth & Income Fund, Cl A | B | Dividend | J | T | | | | | (see VIII. notes) |
| 7. Capital World Growth & Income Fund, Cl F | B | Dividend | K | T | | | | | |
| 8. Carolina 1st (CD) | | None | | | Buy | 6/14 | L | | |
| 9. | | | | | Redemption | 8/6 | L | A | |
| 10. Centennial Money Mkt | A | Interest | K | T | | | | | |
| 11. Cisco Systems | | None | J | T | | | | | |
| 12. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 13. Emerson Electric | A | Dividend | K | T | | | | | |
| 14. Exxon/Mobil Corp. | A | Dividend | | | Sell | 6/14 | J | D | |
| 15. Federated Money Market | D | Interest | M | T | Buy | 8/29 | M | | |
| 16. Fidelity Adv Eq & Inc., Cl A (converted from FA Eq Port B) | A | Dividend | J | T | | | | | |
| 17. Fidelity Adv Mid Cap Fund, Cl A (see VIII. notes) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Franklin Custodian Funds, Growth Series Cl A | A | Dividend | J | T | | | | | |
| 19. Franklin Rising Dividends A | | None | K | T | | | | | |
| 20. Franklin Small Mid Cap Growht Fund, Cl A | A | Dividend | K | T | | | | | |
| 21. General Electric | A | Dividend | K | T | | | | | |
| 22. Growth Fund America Inc., Cl A | A | Dividend | J | T | | | | | |
| 23. Growth Fund America Inc., Cl F | C | Dividend | K | T | | | | | |
| 24. Ingersoll Rand Co. | A | Dividend | | | Sell | 6/14 | K | D | |
| 25. Investment Co. America, Cl F | B | Dividend | K | T | | | | | |
| 26. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 27. Medtronic, Inc. | A | Dividend | K | T | | | | | |
| 28. Mutual Service Fund, Inc., Beacon Fund Cl A | A | Dividend | K | T | | | | | |
| 29. Oppenheimer Main Str Fund | A | Dividend | K | T | | | | | |
| 30. Powershares Biotech & Genome Portfolio | A | Dividend | J | T | | | | | |
| 31. Powershares Wilder Hill Clean Energy Portfolio | A | Dividend | J | T | | | | | |
| 32. Spectra Energy Corp. | A | Dividend | J | T | Buy | 1/3 | J | | (see VIII. notes) |
| 33. Target | A | Dividend | | | Sell | 3/15 | K | E | |
| 34. Templeton Fund (World Funds Cl A) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Templeton Growth Fund | A | Dividend | J | T | | | | | |
| 36.   Tomato Bank NA | | None | | | Buy | 6/14 | K | | |
| 37. | | | | | Sell | 9/27 | K | A | |
| 38.   Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 39.   Wells Fargo & Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. 6. Capital World Growth & Income Fund, Inc. Cl A: This mutual fund was inadvertently left off the 2006 FDR (a corrected version has been submitted); it was purchased on 1/5/06.

VII. 17. Fidelity Adv Mid Cap Fund, Cl A: shares from FA Equity Portolio Cl B and FA Mid Cap Fund Cl B (lines VII. 14 and 16 from the 2006 FDR) were converted into Class A shares of this fund during 2007.

VII. 32. Spectra Energy Corp. The shares in this entity resulted from a "spinoff" of Spectra Energy Corp. from Duke Energy Corp. (line VII. 12) -- shares of Duke Energy Corp. were simply converted into Spectra Energy Corp. shares.

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/12/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544